MARY E. SMITH ET AL., RESPONDENTS, *v.* SALT LAKE
    CITY RAILROAD COMPANY, APPELLANT.

CONSTITUTIONAL LAW—JURY TRIAL—VERDICT BY NINE JURORS.

*Held,* that by the constitution and laws of the United States and
    by the laws of the territory of Utah, a verdict found by 9
    out of 12 jurors in a civil case was good, affirming the de-
    cision of the territorial supreme court in the case of *Hess* v.
    *White,* 33 Pac. 243, 9 Utah 61.

(No. 611.   Decided Feb. 6, 1896.   43 P. R. 919.)

Appeal from the district court of the Third judicial dis-
trict, Territory of Utah.   Hon. S. A. Merritt, *Judge.*

Action by Mary E. Smith and others against the Salt
Lake City Railroad Company.   Judgment for plaintiffs,
and defendant appeals.   *Affirmed.*

*Rawlins & Critchlow,* for appellant.

*Pence & Allen,* for respondents.

ZANE, C. J.:

This in an appeal from a judgment of the district court
of the Third district and from an order refusing a new
trial. The case was tried under the territorial government.
The sole question submitted for our decision is whether
a verdict of 9 out of 12 jurors was legal, under the con-
stitution and laws of the United States and the laws of
the Territory of Utah.   In the case of *Hess* v. *White,* 9
Utah 61, 33 Pac. 243, the supreme court of the late ter-
ritory held that the statute of the territory, authorizing
13 UTAH—3

a verdict by 9 or more jurors, was valid. That decision has been affirmed by the same court in other cases, and this court affirms the same decision. The judgment and order appealed from are affirmed. Costs are awarded against defendant.

BARTCH and MINER, JJ., concur.